# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

AO-10
Rev. 1/93

| 1. Person Reporting (Last name, first, middle initial)  Lucero, Carlos, F. | 2. Court or Organization  United States Court of Appeals for the 10th Circuit | 3. Date of Report  March 27, 199$ |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)  Judge (Active) | 5. Report Type (check appropriate type)  _X_ Nomination, Date_____  _X_ Initial ___ Annual ___ Final | 6. Reporting Period  January 1, 1994  to  March 27, 1995 |
| 7. Chambers or Office Address  Lucero, Lester & Sigmond  311 San Juan Avenue  Alamosa, CO  81101 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___  Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| President, Director, Employee | Carlos F. Lucero, Professional Corporation, a partner in Lucero, Lester & Sigmond, Attys. |
| Director | San Luis Valley Federal S & L (Mutual Assoc.) |

(Continued on Schedule A, Part VIII)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 1980 | Reporting person is entitled to compensation for professional services performed through date of appointment for Lucero, Lester & Sigmond pursuant to partnership agreement with his P.C. |
| 1991 | Reporting person has vested retirement benefits under the Defined Benefit Plan of the above partnership through the ABA |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE  (Honoraria only) | SOURCE AND TYPE | GROSS INCOME  (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | Income at lines 1 & 2 below is aggregated for the period Jan. 1, 1992 to Sept. 16, 1994 | |
| 1 | Carlos F. Lucero/Lucero, Lester & Sigmond Professional Corp. | $ 250,000.00* |
| 2 | San Luis Valley Federal  S & L director's fees | $ 16,350.00 |
| 3 | | $ |
| 4 | *See note at Part VIII | $ |
| 5 | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Lucero, Carlos F. | Date of Report<br>March 27, 1995 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts) | | |
| 1 | | EXEMPT | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities) | | |
| 1 | Commercial Federal Bank<br>Cherry Creek, CO Branch | Secured line of credit | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | • |
| 6 | | ** See note at Part VIII | |
| 7 | | | |

| * VALUE CODES: | J = $15,000 or less | K = $15,001 to $50,000 | L = $50,001 to $100,000 | M = $100,001 to $250,000 |
|---|---|---|---|---|
| | N = $250,001 to $500,000 | O = $500,001 to $1,000,000 | P = More than $1,000,000 | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Lucero, Carlos F. | Date of Report<br>March 27, 1995 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br>Indicate, where applicable, owner of the asset by using the parenthetical (S) for joint ownership of reportable individual and spouse, (J) for separate ownership by spouse, (DC) for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain:<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 (S) Commercial Bldg. Alamosa, CO | E | rent | M | W | Exempt (Initial Report) | | | | |
| 2 (S) Apartments Alamosa, CO | D | rent | L | W | | | | | |
| 3 ¼ Section farm land Conejos County, CO (J) | A | none | K | W | | | | | |
| 4 2/3 interest in comm. bldg., Alamosa, CO | E | rent | M | W | — | | | | |
| 5 Single unit rental Alamosa, CO | C | rent | K | W | | | | | |
| 6 Los Hermanos Luceros, Ltd. Partnership 14% int. | D | div | M | U | (See note 1) | | | | |
| 7 Carlos F. Lucero, Prof. Corp. 100% of stock | E | div | M | U | (See note 2) | | | | |
| 8 LCM, Inc. 100% of stock (I) inc. pre-incorp. inc. | G | gain & int. | N | UT | (See note 3) | | | | |
| 9 ABA/State St. Bank, law partn'p Pension plan | C | gain & int. | M | UT | | | | | |
| 10 Fidelity Investments Mutual Fund | E | gain & div | L | T | | | | | |
| 11 (S) Ski Valley Bankcorp. 4 shares (less than 1%) | A | div | J | U | | | | | |
| 12 Equitable Life Assurance Society Annuity on CFL | E | monthly paym't | M | W | (See note 4) | | | | |
| 13 Safeco Life Ins. Co. Annuity on CFL | D | monthly paym't | M | W | (See note 4) | | | | |
| 14 36-acre vacant lot Jefferson Cty, CO | A | n/a | K | W | | | | | |
| 15 | | | NOTES | | | | | | |
| 16 Note 1. Assets over $10,000 value consist of parents' family ranch, land, water, equipment, livestock & related property. | | | | | | | | | |
| 17 Note 2. Assets over $10,000 value consist of office furniture, equipment, furnishings & interest in Law Partnership | | | | | | | | | |
| 18 Note 3. Assets over $10,000 value consist of U.S. Treasury bonds. Note 4. Income reported by Carlos F. Lucero, Professional Corp. | | | | | | | | | . |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>B=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br><br>Lucero, Carlos F. | Date of Report<br><br>March 27, 1995 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

SCHEDULE A PART I Continued

| | |
|---|---|
| Vice President & Director | LCM, Inc. (Lucero Capital Management) |
| Limited Partner | Los Hermanos Luceros, Limited Partnership |
| Adjunct Professor | Adams State College, Alamosa, CO |
| Director | San Luis Valley Historical Society |

| | |
|---|---|
| *Note to Part III. | 1993 and 1994 income is actual. 1995 is estimated. Earnings from Carlos F. Lucero, Professional Corp. include pension plan contributions. Additional earnings paid by the P.C. as dividends in 1993 are reported at Part VII, line 7. |

| | |
|---|---|
| *Note to Part VI. | Other liabilities that exceed $10,000 at some point during the reporting period, were: |
| | Alamosa National Bank (J)     Promissory note |
| | Charles Schwab & Co. (J)     Margin account |
| | Master Charge, MBNA (J)     Line of credit |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date   March 27, 1995

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

# FINANCIAL STATEMENT

## NET WORTH

Carlos F. & Dorothy S. Lucero

Provide a complete, current financial net worth statement which itemizes in detail all assets (including b. accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including del mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 8 | 000 | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule A I | 689 | 000 | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule See AII line 2 | 75 | 000 | |
| Real estate owned—add schedule A I I | 1,320 | 000 | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 80 | 000 | | *Commercial Fed. Bank | | | |
| Cash value—life insurance | | | | Cherry Creek Branch,CO | | | |
| Other assets—itemize: | | | | | | | |
| Fidelity Investments | 53 | 000 | | | | | |
| ABA Pension Plan (vested) | 130 | 000 | | Total liabilities | 75 | 000 | |
| | | | | Net worth | 2,205 | 000 | |
| Total assets | 2,280 | 000 | | Total liabilities and net worth | 2,280 | 000 | |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | 0 | | | Are any assets pledged? (Add schedule.) | no | | |
| On leases or contracts | 0 | | | Are you defendant in any suits or legal actions? | no | | |
| Legal Claims | 0 | | | | | | |
| Provision for Federal income Tax | 0 | | | Have you ever taken bankruptcy? | no | | |
| Other special debt | 0 | | | | | | |

801


SCHEDULE A

PART I (Unlisted Securities)

| % Int. | Unlisted Security | Explanatory Note | Value |
|---|---|---|---|
| 100% | Carlos F. Lucero Prof. Corp. (Colo.) | Incl. est. val. of annuities desc. above | $375,000 |
| 100% | L C M, Inc. (Colo. Corp.) | Est. equity value of capital assets | 300,000 |
| 14.15% | Los Hermanos Luceros | Est. Value included in Real Estate Below | |
| -1.0% | Sky Valley Bankcorp | 4 shares in First National Bank in Alamosa | 14,000 |
| Subtotal PART I | | | 689,000 |

| PART II (Real Estate) | | | |
|---|---|---|---|
| Item | Address | Description | Value |
| 1. | 70 El Rio Drive Alamosa, CO  81101 | Personal Residence | $150,000 |
| 2. | 1111 Race St., #14B Denver, CO  80206 | Denver Apartment ($75,000 Lien - Commercial Federal Bank, Cherry Creek Branch, Denver, Colorado) | 260,000 |
| 3. | 1407 Main St. Alamosa, CO  81101 | Commercial Bldg. (owned by spouse) | 160,000 |
| 4. | Main & Poncha Alamosa, CO  81101 | 5 unit Apartment (owned by spouse) | 100,000 |
| 5. | Near Creede, CO | Mountain Cabin | 60,000 |
| 6. | 36 Acre Lot Jefferson Cty, CO | Vacant Lot | 50,000 |

| Item | Address | Description | Value |
|------|---------|-------------|-------|
| 7. | 1/4 Section<br>Conejos Cty, CO | Farm Land<br>(Used by Los Hermanos) | 50,000 |
| 8. | 311 San Juan Ave<br>Alamosa, CO  81101 | 2/3 Int. in Law Office<br>Building | 200,000 |
| 9. | 712 3rd St.<br>Alamosa, CO  81101 | Single Unit Rental | 35,000 |
| 10. | 13.38% Int. in<br>Family Ranch Partnership | Los Hermanos Luceros<br>(title in partnership) | 175,000 |
| 11. | 441 Cir. del Paladin<br>Green Valley, AZ  8561 | (Retirement Unit for<br>Grandmother Stuart) | 80,000 |
| Subtotal PART II | | | 1,320,000 |

2